# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Biopharm Recruiting Partners | 11/28/2022 | 266133 | Check | $ 10,000.00 |
|  |  |  |  |  | $ 10,000.00 |