# Exhibit B

## Entry of Default

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al*.,<br><br>Plaintiff,<br><br>v.<br><br>BIOPHARM RECRUITING PARTNERS,<br><br>Defendant. | Adv. Pro. No. 25- 50302 (KBO)<br><br>**Related Adv. D.I.:** \_\_\_\_ |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

> Name: BIOPHARM RECRUITING PARTNERS

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: _____, 2025

*/s/ Stephen L. Grant*_____
Clerk of the Bankruptcy Court

*By:*_____
Deputy Clerk

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.