# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Akorn Holding Company LLC<br>    Debtor | Bankruptcy Case No.: 23−10253−KBO<br><br>Bankruptcy Chapter: 7 |
| George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, et al.<br><br>    Plaintiff<br><br>    vs.<br><br>BIOPHARM RECRUITING PARTNERS<br><br>    Defendant(s) | <br><br><br>Adv. Proc. No.: 25−50302−KBO |

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: BIOPHARM RECRUITING PARTNERS

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

Stephen L Grant, Clerk of Court

Date: 8/28/25                                  By: Kimberly Ross , Deputy Clerk

(VAN−431)